# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3953
_____

ARTHUR COOPER,

    Appellant,

    v.

CORIZON LLC and
CORRECTIONAL OFFICER
DANIELS Graceville Correctional
Institution, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

January 28, 2019

PER CURIAM.

    DISMISSED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Arthur Cooper, pro se, Appellant.

No appearance for Appellees.